COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Kerry Beal

Appellate case number:    01-13-00348-CR

Trial court case number:  13DCR062478

Trial court:                      434th District Court of Fort Bend County

Date motion filed:          May 29, 2013

Party filing motion:        Relator

The court of appeals is not required to issue a written opinion explaining its denial of mandamus relief. *See* TEX. R. APP. P. 52.8(d) ("When denying relief [in an original proceeding], the court may hand down an opinion but is not required to do so.")

Beal's motion for rehearing is **DENIED.**


Judge's signature: /s/ Jim Sharp
                         ☐ Acting individually   ☑ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Sharp and Massengale


Date: October 1, 2013